**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RICHARD BALDWIN**                                                                                    **PLAINTIFF**

**v.**                                            **3:09CV00124 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,**                                                              **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Richard Baldwin.

DATED this 3rd day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE